UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

---

MARIO LOPEZ aka
MATTHEW JHON MARTINEZ,

    Plaintiff,

v.                                                                                                    No. 2:09-cv-2649

KELLOGG USA, INC.,

    Defendant.

And

KELLOGG USA, INC.,

    Defendant/Third Party Plaintiff,

v.

FAYETTE JANITORIAL SERVICES, LLC,

    Third Party Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT AGAINST
FAYETTE JANITORIAL SERVICES, LLC BY KELLOGG USA, INC.**

---

TO THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION:

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Defendant, Kellogg USA, Inc., in its capacity as Third Party Plaintiff, hereby exercises its right to take a Voluntary Dismissal of this cause as to its third party claim against Third Party Defendant, Fayette Janitorial Services, LLC, in the above-referenced matter.

    This the 27th day of July 2011.

1

Respectfully submitted,

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

BY: /s/Tracy A. Overstreet
RONALD L. HARPER, NO. 015470
R. SCOTT VINCENT, NO. 021055
TRACY A. OVERSTREET, NO. 022219
Attorneys for Kellogg USA, Inc.
Brinkley Plaza Suite 800
80 Monroe Avenue
Memphis, Tennessee 38103
(901) 527-0214
ron.harper@leitnerfirm.com
scott.vincent@leitnerfirm.com
tracy.overstreet@leitnerfirm.com

MICHAEL McCOLL
*Admitted Pro Hac Vice*
FORAN, GLENNON, PALANDECH,
PONZI & RUDLOFF, PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
(312) 863-5005
mmccoll@fgppr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July 2011, a copy of the foregoing electronically filed instrument was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

| | |
|---|---|
| Jeffrey S. Rosenblum, Esq. | John A. Peebles, Esq. |
| Matthew T. May, Esq. | Richard E. Sorin |
| ROSENBLUM & REISMAN, PC | MCNABB BRAGORGOS & BURGESS, PLLC |
| 80 Monroe Avenue, Suite 950 | 81 Monroe Avenue, Sixth Floor |
| Memphis, TN 38103 | Memphis, TN 38103 |

/s/Tracy A. Overstreet
Tracy A. Overstreet

2