IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

26.4715

**MARIO LOPEZ a/k/a MATTHEW JOHN MARTINEZ,**

  Plaintiff,

VS

**KELLOGG COMPANY, KELLOGG SALES COMPANY d/b/a KELLOGG'S SNACKS, UNKNOWN MANUFACTURING COMPANY, AZO INCORPORATED, AVCA CORPORATION and SPIRIT CONSTRUCTION SERVICES, INC.,**
formerly known as **BOLDT SPIRIT, INC.,**

  Defendants,

NO.  2:09-CV-2649

### NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff, pursuant to Local Rule LR 83.13, hereby notifies the Court that all parties to his civil action have resolved this controversy in full and agreed to settlement as of Monday, August 1, 2011.

This action is currently scheduled for trial to commence on Monday, May 21, 2012; however, this action may now be removed from the Court's trial calendar. A Stipulated Order of Dismissal will be submitted soon.

Respectfully submitted,

**ROSENBLUM & REISMAN P.C.**

/s/Jeffrey S. Rosenblum
JEFFREY S. ROSENBLUM #13626
80 Monroe Avenue
Suite 950
Memphis, Tennessee 38103
Telephone: (901) 527-9600
Fax: (901) 527-9620
jeffr@randrfirm.com

CERTIFICATE OF SERVICE

     I hereby certify that on this the 17th day of August 2011, a copy of the forgoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to:

John A. Peebles
Richard E. Sorin
Attorneys for Kellogg USA, Inc.
81 Monroe, Sixth Floor
Memphis, Tennessee 38103

Michael H. McColl
Attoney for Kellogg USA, Inc.
222 North Lasalle Street, Ste. 1400
Chicago, Illinois 60601

/S/Jeffrey S. Rosenblum
JEFFREY S. ROSENBLUM #13626